IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**JEFFREY MOORE**
9838 Mile Road
New Lebanon, Ohio 45345

Case No.: 3:24-cv-207

Judge

Plaintiff,

vs.

**DAYTON LAMINA CORP.**
500 Progress Drive
Dayton, Ohio 45449

**COMPLAINT WITH JURY DEMAND**

Defendant.

Now comes Plaintiff Jeffrey Moore by his attorney and for his Complaint against Defendant Dayton Lamina Corp. states and avers as follows:

## I. PARTIES, JURISDICTION & VENUE

1. This is an action for a denial of a promotional opportunity predicated on age discrimination and retaliation and brought pursuant to prior OCRC/EEO complaints filed herein. Plaintiff timely brings this action pursuant to a Notice of a Right to Sue.

2. Plaintiff Jeffrey Moore ("Plaintiff") is a current employee of Defendant Dayton Lamina Corp. ("Defendant") and who works at Defendant's corporate headquarters building.

3. Defendant is Plaintiff's current employer.

4. This Court has subject matter jurisdiction over the claims asserted herein.

5. Venue in this district court is proper as Plaintiff worked for Defendant at a location in Montgomery County, Ohio which is within the district court's authority and operation.

## II. FACTUAL BACKGROUND

6. Plaintiff restates the previous allegations of paragraphs 1-5 herein.

7. Plaintiff began his employment with Defendant in February 1988. His date of birth is November 28, 1965.

8. Throughout his employment with Defendant and notwithstanding excellent performance and a lack of any disciplinary record, Plaintiff has repeatedly been passed over in respect to promotional opportunities. Plaintiff believes his failure to be provided promotions were predicated on age discrimination.

9. Plaintiff's current position at Defendant is Processor. Prior to the matter referenced herein, Plaintiff has filed both informal and formal complaints of age discrimination.

10. On March 1, 2023 Plaintiff applied for and submitted an application for a new promotional opportunity that he was more than qualified for. Defendant did not even provide Plaintiff an interview and the position was awarded to a less qualified and substantially younger employee.

11. On or around March 18, 2023 a Defendant manager notified Plaintiff that he had to go with an earlier submitted application because he was pressed for time.

12. As a result of Defendant's unlawful actions Plaintiff has been damaged in the form of lost promotional pay and benefits and has experienced mental anguish and emotional distress and has incurred attorney fees and costs.

### III. CAUSES OF ACTION

#### A. AGE DISCRIMINATION
Employment Act, 29 U.S.C.§621

13. Plaintiff restates the previous allegations of paragraphs 1-12 herein.

14. Plaintiff who was born in 1965 is a member of a class of individuals protected from age discrimination by the Age Discrimination in Employment Act of 1967.

15. Plaintiff was treated differently by Defendant in respect to the terms and conditions of his employment than comparable younger employees, in respect to promotional opportunities.

16. As a result of Defendant's unlawful actions, Plaintiff has been damaged as set forth above.

### B. RETALIATION

17. Plaintiff restates the previous allegations of paragraphs 1-16 herein.

18. Throughout his employment of 37 years Plaintiff has filed several complaints of age discrimination for not being selected for promotional opportunities.

19. As a result of Plaintiff's engagement in protected activity, Defendant retaliated against Plaintiff by not selecting him for the promotional opportunity, which is the subject matter of this action herein.

20. As a result of Defendant's unlawful actions, Plaintiff has been damages set forth above.

### IV. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

A. Be awarded the position he applied for in March 2023, or a comparable position together with retroactive back pay;

B. Compensatory damages in excess of $50,000;

C. Statutory damages;

D. Reasonable attorney fees and costs;

E. Pre and post judgment interest; and

F. Such other relief that this Court deems just and equitable.

3

Respectfully submitted,

DUWEL LAW

/s/ David M. Duwel
DAVID M. DUWEL (0029583)
130 West Second Street, Ste 2101
Dayton, Ohio 45402
PH: (937) 297-1154
FAX: (937) 297-1152
ATTORNEY FOR PLAINTIFF

## JURY DEMAND

Plaintiff demands a trial by jury.

/s/ David M. Duwel
DAVID M. DUWEL (0029583)

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of July 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent. Parties may access the filing through the Court's e-filing system.

/s/ David M. Duwel
Attorney at Law